Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

**No. 65865.**—Frederik Lunning v. United States, protest 61/4023 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of vases in mineral colors similar in all material respects to those the subject of Abstract 62694, the claim of the plaintiff was sustained.

**No. 65866.**—Rocca-Cuvi, Inc. v. United States, protest 277675–K (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

**No. 65867.**—S. L. Jones & Company v. United States, protest 310682–K (Los Angeles).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, JUNE 29, 1961

**No. 65868.**—Pez Haas, Inc. v. United States, protests 59/11095, etc. (New York).